UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **FAIRFIELD ENERGY CORPORATION** | **CIVIL ACTION NO. 08-757** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **ANADARKO PETROLEUM CORPORATION AND ANADARKO ENERGY SERVICES CORPORATION** | **MAG. JUDGE KAREN HAYES** |

**MEMORANDUM ORDER**

Pending before the Court is Defendants Anadarko Petroleum Corporation and Anadarko Energy Services Corporation's (collectively "Anadarko") Motion to Strike [Doc. No. 85] certain statements from Plaintiff Fairfield Energy Corporation's ("FEC") Opposition to Denfendants' Motion for Partial Summary Judgment [Doc . No. 82]. In particular, Anadarko requests that this Court strike allegations that Anadarko did not provide FEC with sufficient financial disclosures regarding FEC's mineral royalty interests. In support of this motion, Anadarko submitted nearly 400 pages of financial records that it claims were in possession of the plaintiffs. In light of this evidence, Anadarko argues that "it is beyond the proper realm of litigation strategy for a plaintiff to maintain that it did not receive documents when there is no reasonable doubt that it did." [Doc. No. 85].

FEC did not file a response. FEC filed a Motion to Extend Deadlines and Continue Trial on Friday, October 8, 2011, [Doc. No. 91], but this Court denied the motion. [Doc. No. 91].

Rule 12 provides that a court may strike "from any pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). Here, the

allegations of non-disclosure do not satisfy the Rule 12 criteria. Anadarko has submitted evidence tending to rebut FEC's allegations. Nonetheless, FEC has offered the affidavit of an outside accountant that indicates some of the required records may not have been provided near the time of payment, as required by statute.

These allegations form the basis of FEC's complaint under LA. REV. STAT. ANN. § 31:212.31, and FEC has offered some evidence to support the allegations. Therefore, the allegations are not immaterial or impertinent. Anadarko does not argue that the allegations are redundant or scandalous.

Since the allegations do not satisfy Rule 12(f), Anadarko's Motion to Strike [Doc. No. 85] is DENIED.

MONROE, LOUISIANA, this 13th day of October, 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE